RECEIVED
IN LAKE CHARLES, LA
MAY - 3 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DOUGLAS E. LAFLEUR | : | DOCKET NO. 2:11 CV 647 |
| VS. | : | JUDGE MINALDI |
| TONY MANCUSO | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the plaintiffs' claims are hereby DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this __3__ day of ____May____ 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE